Guy D. Knoller - #002803
Law Offices of Guy David Knoller, P.L.L.C.
7321 N. 16th Street
Phoenix, Arizona 85020
(602) 254-6044
E-Mail: guydknoller@gmail.com

Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| FRANK BEZDANY, | No. |
| Plaintiff, | **COMPLAINT** |
| vs. | |
| HILL PHOENIX, INC., | |
| Defendant. | |

Plaintiff alleges as follows:

### FIRST CLAIM FOR RELIEF
(FAIR LABOR STANDARDS ACT)

1. Plaintiff is a resident of Maricopa County, Arizona.

2. Defendant is a foreign corporation authorized to do business in Arizona.

3. Jurisdiction is based upon 29 U.S.C. §216(b), the Fair Labor Standards Act.

4. Plaintiff worked for Defendant for approximately 10 years ending April 30, 2015.

5. Plaintiff was not paid overtime, at the rate of one and one-half his hourly rate of pay (minimum wage) for all hours worked in excess of 40 each week.

6. Plaintiff worked approximately 1308.75 hours of overtime (and possibly more) (over 40 hours in one week) during his employment for which he was not paid at the rate of time and one-half.

7. Defendant's conduct was willful.

8. Plaintiff is entitled to overtime at the rate of time and one-half for all hours worked in excess of 40 for each week.

9. Plaintiff is entitled to liquidated damages: double the amount due pursuant to 29 U.S.C. §216(b).

10. Plaintiff is entitled to attorneys' fees and costs pursuant to 29 U.S.C. §216(b).

11. Defendant also violated the record keeping requirements of the FLSA.

WHEREFORE Plaintiff requests judgment against Defendant for:

1. Damages for overtime pay with interest;

2. For liquidated damages;

3. For reasonable attorneys fees, which are mandatory, and costs incurred herein; and,

4. Such other relief that this Court deems appropriate.

## SECOND CLAIM FOR RELIEF
(Non-Payment of Wages)

1. The preceding allegations of the Complaint are incorporated by reference herein.

2. Plaintiff has not been paid all wages due him for the 1 year preceding the filing of this Complaint.

3.     Defendant violated A.R.S. §23-350 *et seq.* by not paying Plaintiff the wages due him: pay at the rate of time and one-half for hours worked in excess of 40 in one week (which is estimated to be approximately 187 hours of time over 40 in a week).

4.     Plaintiff is entitled to treble damages pursuant to A.R.S. §23-355.

WHEREFORE Plaintiff requests:

1.     Damages in an amount to be proven at trial, together with interest thereon from the date of delinquency until paid.

2.     For reasonable attorneys fees and costs.

3.     For treble damages.

4.     For such other relief as this Court deems appropriate.

DATED this 26th day of May 2015.

/s/ Guy D. Knoller
Guy D. Knoller
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on May 26 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.