# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Bezdany, | No. CV-15-00949-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Hill Phoenix Incorporated, | |
| Defendant. | |

The Court has been advised that this case has settled (Doc. 14).

**IT IS ORDERED** that this matter will, without further Order of this Court, be dismissed with prejudice within 30 days of the date of this Order unless a stipulation to dismiss is filed prior to the dismissal date.

**IT IS FURTHER ORDERED** vacating any pending hearings.

**IT IS FURTHER ORDERED** denying all pending motions as moot.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to **terminate** this matter on **November 6, 2015** without further leave of Court.

Dated this 6th day of October, 2015.

Honorable G. Murray Snow
United States District Judge